| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>**Demion Starr Lewis**<br>**Chaniqua Renea Lewis**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/20/2025    Demion Starr Lewis
                    Printed name of Debtor 1                           Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  06/20/2025    Chaniqua Renea Lewis
                    Printed name of Debtor 2                        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                            F 1002-1.EMP.INCOME.DEC



Sysco Riverside, Inc.   Sysco Riverside 15750 Meridian Parkway Riverside, CA 92518   (281) 584-1390
Demion Lewis   1488 E 8th St Beaumont, CA 92223

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Demion Lewis | Sysco Riverside, Inc. | | | 60169657 | 05/18/2025 | 05/31/2025 | 06/06/2025 | |
| | Hours Worked | Gross Pay | Pre Tax Deductions | Colleague Taxes | | Deductions | | Net Pay |
| Current | 72.00 | 4,336.53 | 947.37 | 528.46 | | 59.67 | | 2,801.03 |
| YTD | 796.00 | 52,038.41 | 11,802.09 | 5,521.51 | | 716.04 | | 33,998.77 |

| Earnings | | | | | | | Colleague Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Basic Life GTL | 05/18/2025 - 05/31/2025 | | | 5.54 | | 66.48 | OASDI | 226.61 | 2,719.25 |
| Floating Holiday | | | | | 24 | 1,300.96 | Medicare | 52.99 | 635.95 |
| Holiday | 05/18/2025 - 05/31/2025 | 8 | 54.2067 | 433.65 | 32 | 1,734.60 | Federal Withholding | 150.00 | 1,200.00 |
| Regular Salary | 05/18/2025 - 05/31/2025 | 72 | 54.2067 | 3,902.88 | 796 | 43,148.53 | State Tax - CA | 55.00 | 440.00 |
| Sick | | | | | 68 | 3,686.05 | CA SDI - CASDI | 43.86 | 526.31 |
| Vacation | | | | | 40 | 2,168.27 | | | |
| Earnings | | | | 4,342.07 | | 52,104.89 | Colleague Taxes | 528.46 | 5,521.51 |

| Pre Tax Deductions | | | | Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 401k Contribution | | 260.20 | 3,556.05 | 401k Loan (Loan 01) | 59.67 | 716.04 |
| Dental | | 42.00 | 504.00 | | | |
| FSA Healthcare | | 107.69 | 1,292.28 | | | |
| Medical | | 529.38 | 6,352.56 | | | |
| Vision | | 8.10 | 97.20 | | | |
| Pre Tax Deductions | | 947.37 | 11,802.09 | Deductions | 59.67 | 716.04 |

| Employer Paid Benefits | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Employer Paid Dental | | 20.35 | 244.20 | OASDI - Taxable Wages | 3,654.90 | 43,858.85 |
| Employer Medical Contributions | | 515.10 | 6,181.20 | Medicare - Taxable Wages | 3,654.90 | 43,858.85 |
| | | | | Federal Withholding - Taxable Wages | 3,394.70 | 40,302.80 |
| Employer Paid Benefits | | 535.45 | 6,425.40 | State Tax Taxable Wages - CA | 3,394.70 | 40,302.80 |

| | Federal | State | Absence Plans | |
|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Available |
| | | | Banked Sick Time Off Plan | 0 |
| Allowances | 0 | 15 | Banked Vacation Time Off Plan | 0 |
| Additional Withholding | 150 | 55 | Standard Carryover Sick Time Off Plan | 20 |
| | | | Standard Sick Time off Plan | 0 |
| | | | Standard Vacation Time Off Plan | 136.69 |
| | | | USA Floating Holiday Time Off Plan | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase ******5337 | ******5337 | | 2,501.03 USD |
| Chase | Chase ******9527 | ******9527 | | 300.00 USD |



Sysco Riverside, Inc.    Sysco Riverside 15750 Meridian Parkway Riverside, CA 92518    (281) 584-1390
Demion Lewis    1488 E 8th St Beaumont, CA 92223

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Demion Lewis | Sysco Riverside, Inc. | | | 60169657 | 06/01/2025 | 06/14/2025 | 06/20/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Colleague Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 4,336.54 | 947.37 | 528.46 | 59.67 | 2,801.04 |
| YTD | 876.00 | 56,374.95 | 12,749.46 | 6,049.97 | 775.71 | 36,799.81 |

| Earnings | | | | | | | Colleague Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Basic Life GTL | 06/01/2025 - 06/14/2025 | | | 5.54 | | 72.02 | OASDI | 226.60 | 2,945.85 |
| Floating Holiday | | | | | 24 | 1,300.96 | Medicare | 53.00 | 688.95 |
| Holiday | | | | | 32 | 1,734.60 | Federal Withholding | 150.00 | 1,350.00 |
| Regular Salary | 06/01/2025 - 06/14/2025 | 80 | 54.2067 | 4,336.54 | 876 | 47,485.07 | State Tax - CA | 55.00 | 495.00 |
| Sick | | | | | 68 | 3,686.05 | CA SDI - CASDI | 43.86 | 570.17 |
| Vacation | | | | | 40 | 2,168.27 | | | |
| Earnings | | | | 4,342.08 | | 56,446.97 | Colleague Taxes | 528.46 | 6,049.97 |

| Pre Tax Deductions | | | | Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 401k Contribution | | 260.20 | 3,816.25 | 401k Loan (Loan 01) | 59.67 | 775.71 |
| Dental | | 42.00 | 546.00 | | | |
| FSA Healthcare | | 107.69 | 1,399.97 | | | |
| Medical | | 529.38 | 6,881.94 | | | |
| Vision | | 8.10 | 105.30 | | | |
| Pre Tax Deductions | | 947.37 | 12,749.46 | Deductions | 59.67 | 775.71 |

| Employer Paid Benefits | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Employer Paid Dental | | 20.35 | 264.55 | OASDI - Taxable Wages | 3,654.91 | 47,513.76 |
| Employer Medical Contributions | | 515.10 | 6,696.30 | Medicare - Taxable Wages | 3,654.91 | 47,513.76 |
| | | | | Federal Withholding - Taxable Wages | 3,394.71 | 43,697.51 |
| Employer Paid Benefits | | 535.45 | 6,960.85 | State Tax Taxable Wages - CA | 3,394.71 | 43,697.51 |

| | Federal | State | Absence Plans | |
|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Available |
| | | | Banked Sick Time Off Plan | 0 |
| Allowances | 0 | 15 | Banked Vacation Time Off Plan | 0 |
| Additional Withholding | 150 | 55 | Standard Carryover Sick Time Off Plan | 20 |
| | | | Standard Sick Time off Plan | 0 |
| | | | Standard Vacation Time Off Plan | 146.69 |
| | | | USA Floating Holiday Time Off Plan | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase ******5337 | ******5337 | | 2,501.04 USD |
| Chase | Chase ******9527 | ******9527 | | 300.00 USD |



Sysco Riverside, Inc.   Sysco Riverside 15750 Meridian Parkway Riverside, CA 92518   (281) 584-1390
Demion Lewis   1488 E 8th St Beaumont, CA 92223

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Demion Lewis | Sysco Riverside, Inc. | | | 60169657 | 05/04/2025 | 05/17/2025 | 05/23/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Colleague Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 4,336.53 | 947.37 | 528.46 | 59.67 | 2,801.03 |
| YTD | 724.00 | 47,701.88 | 10,854.72 | 4,993.05 | 656.37 | 31,197.74 |

| Earnings | | | | | | | Colleague Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Basic Life GTL | 05/04/2025 - 05/17/2025 | | | 5.54 | | 60.94 | OASDI | 226.60 | 2,492.64 |
| Floating Holiday | | | | | 24 | 1,300.96 | Medicare | 53.00 | 582.96 |
| Holiday | | | | | 24 | 1,300.95 | Federal Withholding | 150.00 | 1,050.00 |
| Regular Salary | 05/04/2025 - 05/17/2025 | 72 | 54.2067 | 3,902.88 | 724 | 39,245.65 | State Tax - CA | 55.00 | 385.00 |
| Sick | | | | | 68 | 3,686.05 | CA SDI - CASDI | 43.86 | 482.45 |
| Vacation | 05/04/2025 - 05/17/2025 | 8 | 54.2067 | 433.65 | 40 | 2,168.27 | | | |
| Earnings | | | | 4,342.07 | | 47,762.82 | Colleague Taxes | 528.46 | 4,993.05 |

| Pre Tax Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Contribution | 260.20 | 3,295.85 | 401k Loan (Loan 01) | 59.67 | 656.37 |
| Dental | 42.00 | 462.00 | | | |
| FSA Healthcare | 107.69 | 1,184.59 | | | |
| Medical | 529.38 | 5,823.18 | | | |
| Vision | 8.10 | 89.10 | | | |
| Pre Tax Deductions | 947.37 | 10,854.72 | Deductions | 59.67 | 656.37 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Employer Paid Dental | 20.35 | 223.85 | OASDI - Taxable Wages | 3,654.90 | 40,203.95 |
| Employer Medical Contributions | 515.10 | 5,666.10 | Medicare - Taxable Wages | 3,654.90 | 40,203.95 |
| | | | Federal Withholding - Taxable Wages | 3,394.70 | 36,908.10 |
| Employer Paid Benefits | 535.45 | 5,889.95 | State Tax Taxable Wages - CA | 3,394.70 | 36,908.10 |

| | Federal | State | Absence Plans | |
|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Available |
| | | | Banked Sick Time Off Plan | 0 |
| Allowances | 0 | 15 | Banked Vacation Time Off Plan | 0 |
| Additional Withholding | 150 | 55 | Standard Carryover Sick Time Off Plan | 20 |
| | | | Standard Sick Time off Plan | 0 |
| | | | Standard Vacation Time Off Plan | 136.69 |
| | | | USA Floating Holiday Time Off Plan | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase ******9527 | ******9527 | | 300.00   USD |
| Chase | Chase ******5337 | ******5337 | | 2,501.03   USD |



Sysco Riverside, Inc.    Sysco Riverside 15750 Meridian Parkway Riverside, CA 92518    (281) 584-1390
Demion Lewis    1488 E 8th St Beaumont, CA 92223

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Demion Lewis | Sysco Riverside, Inc. | | | 60169657 | 04/20/2025 | 05/03/2025 | 05/09/2025 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Colleague Taxes | | Deductions | Net Pay |
| Current | | 48.00 | 4,336.54 | 947.37 | 528.45 | | 59.67 | 2,801.05 |
| YTD | | 652.00 | 43,365.35 | 9,907.35 | 4,464.59 | | 596.70 | 28,396.71 |

| Earnings | | | | | | | | Colleague Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Basic Life GTL | 04/20/2025 - 05/03/2025 | | | 5.54 | | 55.40 | | OASDI | 226.60 | 2,266.04 |
| Floating Holiday | | | | | 24 | 1,300.96 | | Medicare | 52.99 | 529.96 |
| Holiday | | | | | 24 | 1,300.95 | | Federal Withholding | 150.00 | 900.00 |
| Regular Salary | 04/20/2025 - 05/03/2025 | 48 | 54.2067 | 2,601.92 | 652 | 35,342.77 | | State Tax - CA | 55.00 | 330.00 |
| Sick | 04/20/2025 - 05/03/2025 | 32 | 54.2067 | 1,734.62 | 68 | 3,686.05 | | CA SDI - CASDI | 43.86 | 438.59 |
| Vacation | | | | | 32 | 1,734.62 | | | | |
| Earnings | | | | 4,342.08 | | 43,420.75 | | Colleague Taxes | 528.45 | 4,464.59 |

| Pre Tax Deductions | | | | Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 401k Contribution | | 260.20 | 3,035.65 | 401k Loan (Loan 01) | 59.67 | 596.70 |
| Dental | | 42.00 | 420.00 | | | |
| FSA Healthcare | | 107.69 | 1,076.90 | | | |
| Medical | | 529.38 | 5,293.80 | | | |
| Vision | | 8.10 | 81.00 | | | |
| Pre Tax Deductions | | 947.37 | 9,907.35 | Deductions | 59.67 | 596.70 |

| Employer Paid Benefits | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Employer Paid Dental | | 20.35 | 203.50 | OASDI - Taxable Wages | 3,654.91 | 36,549.05 |
| Employer Medical Contributions | | 515.10 | 5,151.00 | Medicare - Taxable Wages | 3,654.91 | 36,549.05 |
| | | | | Federal Withholding - Taxable Wages | 3,394.71 | 33,513.40 |
| Employer Paid Benefits | | 535.45 | 5,354.50 | State Tax Taxable Wages - CA | 3,394.71 | 33,513.40 |

| | Federal | State | Absence Plans | |
|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Available |
| | | | Banked Sick Time Off Plan | 0 |
| Allowances | 0 | 15 | Banked Vacation Time Off Plan | 0 |
| Additional Withholding | 150 | 55 | Standard Carryover Sick Time Off Plan | 20 |
| | | | Standard Sick Time off Plan | 0 |
| | | | Standard Vacation Time Off Plan | 144.69 |
| | | | USA Floating Holiday Time Off Plan | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase ******9527 | ******9527 | | 300.00 USD |
| Chase | Chase ******5337 | ******5337 | | 2,501.05 USD |



Sysco Riverside, Inc.    Sysco Riverside 15750 Meridian Parkway Riverside, CA 92518    (281) 584-1390
Demion Lewis    1488 E 8th St Beaumont, CA 92223

| Name | Company | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|---|
| Demion Lewis | Sysco Riverside, Inc. | | | | 60169657 | 05/18/2025 | 05/31/2025 | 06/06/2025 | |
| | Hours Worked | | Gross Pay | Pre Tax Deductions | Colleague Taxes | | Deductions | | Net Pay |
| Current | 72.00 | | 4,336.53 | 947.37 | 528.46 | | 59.67 | | 2,801.03 |
| YTD | 796.00 | | 52,038.41 | 11,802.09 | 5,521.51 | | 716.04 | | 33,998.77 |

| Earnings | | | | | | | Colleague Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Basic Life GTL | 05/18/2025 - 05/31/2025 | | | 5.54 | | 66.48 | OASDI | 226.61 | 2,719.25 |
| Floating Holiday | | | | | 24 | 1,300.96 | Medicare | 52.99 | 635.95 |
| Holiday | 05/18/2025 - 05/31/2025 | 8 | 54.2067 | 433.65 | 32 | 1,734.60 | Federal Withholding | 150.00 | 1,200.00 |
| Regular Salary | 05/18/2025 - 05/31/2025 | 72 | 54.2067 | 3,902.88 | 796 | 43,148.53 | State Tax - CA | 55.00 | 440.00 |
| Sick | | | | | 68 | 3,686.05 | CA SDI - CASDI | 43.86 | 526.31 |
| Vacation | | | | | 40 | 2,168.27 | | | |
| Earnings | | | | 4,342.07 | | 52,104.89 | Colleague Taxes | 528.46 | 5,521.51 |

| Pre Tax Deductions | | | | Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 401k Contribution | | 260.20 | 3,556.05 | 401k Loan (Loan 01) | 59.67 | 716.04 |
| Dental | | 42.00 | 504.00 | | | |
| FSA Healthcare | | 107.69 | 1,292.28 | | | |
| Medical | | 529.38 | 6,352.56 | | | |
| Vision | | 8.10 | 97.20 | | | |
| Pre Tax Deductions | | 947.37 | 11,802.09 | Deductions | 59.67 | 716.04 |

| Employer Paid Benefits | | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Employer Paid Dental | | 20.35 | 244.20 | OASDI - Taxable Wages | 3,654.90 | 43,858.85 |
| Employer Medical Contributions | | 515.10 | 6,181.20 | Medicare - Taxable Wages | 3,654.90 | 43,858.85 |
| | | | | Federal Withholding - Taxable Wages | 3,394.70 | 40,302.80 |
| Employer Paid Benefits | | 535.45 | 6,425.40 | State Tax Taxable Wages - CA | 3,394.70 | 40,302.80 |

| | Federal | State | Absence Plans | |
|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Available |
| | | | Banked Sick Time Off Plan | 0 |
| Allowances | 0 | 15 | Banked Vacation Time Off Plan | 0 |
| Additional Withholding | 150 | 55 | Standard Carryover Sick Time Off Plan | 20 |
| | | | Standard Sick Time off Plan | 0 |
| | | | Standard Vacation Time Off Plan | 136.69 |
| | | | USA Floating Holiday Time Off Plan | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase ******5337 | ******5337 | | 2,501.03 USD |
| Chase | Chase ******9527 | ******9527 | | 300.00 USD |