Certificate Number: 14912-CAC-DE-039978177

Bankruptcy Case Number: 25-14195



14912-CAC-DE-039978177

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2025</u>, at <u>3:27</u> o'clock <u>AM EDT</u>, <u>Demion Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>August 14, 2025</u>          By:     <u>/s/Jai Bhatt</u>

                                       Name:   <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>