Certificate Number: 14912-CAC-DE-039978178

Bankruptcy Case Number: 25-14195



14912-CAC-DE-039978178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2025, at 3:27 o'clock AM EDT, Chaniqua Lewis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  August 14, 2025                By:   /s/Jai Bhatt

                                      Name: Jai Bhatt

                                      Title: Counselor